**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Bukurije Krivca,

Plaintiff,

-against-

Costco Wholesale Corporation,

Defendant.

1:24-cv-06026 (VSB) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

On October 20, 2025, the Court entered a Revised Case Management Plan requiring the parties to file a joint letter regarding the status of discovery on November 28, 2025. (*See* Rev. Case Mgmt. Plan, ECF No. 40, at 4.) The parties did not file a joint letter on November 28, so on December 2, 2025, the Court emailed the parties and required them to file a joint letter no later than December 4, 2025. The parties have yet to comply. Accordingly, it is hereby ORDERED that the parties shall file a joint letter regarding the status of discovery no later than December 9, 2025. Failure to do so may result in the imposition of sanctions.

**SO ORDERED.**

Dated:      New York, New York
            December 5, 2025

_____
STEWART D. AARON
United States Magistrate Judge