**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Bukurije Krivca,

                              Plaintiff,

            -against-

Costco Wholesale Corporation,

                              Defendant.

---

1:24-cv-06026 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby ORDERED that, no later than February 17, the parties shall advise the court if they would like to schedule a settlement conference. If so, no later than February 17, the parties jointly shall submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates when all parties and counsel are available for a settlement conference.

The email should indicate whether the parties are available for the selected dates in the morning, afternoon, or both, and indicate their preference for an in-person conference or a remote conference using Microsoft Teams. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

**SO ORDERED.**

DATED:      New York, New York
                  February 9, 2026

_____
STEWART D. AARON
United States Magistrate Judge