**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Bukurije Krivca,** | |
| **Plaintiff,** | **1:24-cv-06026 (VSB) (SDA)** |
| **-against-** | **ORDER SCHEDULING** <br> **TELEPHONE CONFERENCE** |
| **Costco Wholesale Corporation,** | |
| **Defendant.** | |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties are directed to appear for a telephone conference on Monday, March 2, 2026,

at 11 a.m. to discuss the status of this case. At the scheduled time, the parties shall each

separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:       New York, New York
             February 18, 2026

_____
STEWART D. AARON
United States Magistrate Judge