THE LAW FIRM OF

## CONNORS & CONNORS
PC

766 CASTLETON AVENUE
STATEN ISLAND, NEW YORK 10310-1800
TEL: 718-442-1700 FAX: 718-442-1717

John P. Connors (1955-2003)
John P. Connors, Jr.*

Robert J. Pfuhler
Michael P. DeCarlo
Erik J. McKenna
Anthony R. Maddaluno**
Sami Shehadeh
Yu Gao
Esther Akhigbe

Application GRANTED. The telephone conference is rescheduled to Tuesday, March 10, 2026 at 11:30 a.m.

SO ORDERED.
Dated: February 20, 2026            *Attch an*

February 19, 2026

**Via ECF**
Hon. Stewart D. Aaron
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:    Krivca v. Costco
> Docket No.: 24-cv-6026
> Our File No.: DCW28046

Your Honor:

Our office represents the defendant in the above-referenced matter.

We acknowledge receipt of the order scheduling a telephone conference on March 2, 2026. The undersigned will be on vacation from March 1, 2026, through March 9, 2026. As such, we respectfully request an adjournment of the conference to March 10, 2026, or any day thereafter.

This is the first request for an adjournment. Plaintiff's counsel has been advised of this request and consents to same

Thank you for your attention to this matter.

Respectfully submitted,

CONNORS & CONNORS, P.C.

By: *Robert J. Pfuhler*
Robert J. Pfuhler
rpfuhler@connorslaw.com

RJP/da

* Member NY, NJ & DC Bars    ** Member NY, NJ Bars