**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Bukurije Krivca,

                **Plaintiff,**

        -against-

Costco Wholesale Corporation,

              **Defendant.**

**1:24-cv-06026 (VSB) (SDA)**

**ORDER FOLLOWING**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiff and counsel for Defendant appeared. For the reasons stated on the record during the telephone conference, it is hereby ORDERED, as follows:

1. No later than Friday, March 20, 2026, Plaintiff shall deliver to Defendant the MRI film, taken January 30, 2023, from Regional Radiology.

2. No later than Monday, April 20, 2026, the parties shall exchange expert reports under Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

3. Any depositions of experts shall take place no later than Wednesday, May 20, 2026.

Given the parties' failure to comply with prior deadlines, no extensions of the foregoing deadlines will be granted, absent a substantial showing of good cause.

**SO ORDERED.**

Dated:      New York, New York
           March 10, 2026

_____
STEWART D. AARON
United States Magistrate Judge